# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-01756-001-TUC-RM (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Lino Anthony Guerrero, | |
| Defendant. | |

On June 11, 2024, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation (Doc. 60) recommending that this Court deny Defendant's Motion to Suppress (Doc. 12). No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Macdonald's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Magistrate Judge Macdonald's Report and Recommendation, and Defendant has waived his right to review by failing to file objections.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 60) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress (Doc. 12) is **denied**.

Dated this 3rd day of July, 2024.

_____
Honorable Rosemary Márquez
United States District Judge